**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-06-1983-PHX-LOA |
| Plaintiff, ) | **NOTICE OF ASSIGNMENT** |
| ) | **AND ORDER** |
| vs. ) | |
| $15,000 in U. S. Currency, ) | |
| Defendants. ) | |

       Pursuant to Local Rule 3.8(a), LRCiv, Rules of Practice, effective December 1, 2005, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

       As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge. To either consent to the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the form, entitled Consent To Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed. The party filing the case or removing it to this Court is responsible for serving all parties with the

---

[1]The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on"Forms" on the left side of the page and then click on and print the appropriate form.

1  consent forms. Each party must file a completed consent form and certificate of service with
2  the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy
3  by mail or hand delivery upon all parties of record in the case.
4        Any party is free to withhold consent to magistrate judge jurisdiction without
5  adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; Anderson v.
6  Woodcreek Venture Ltd., 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is
7  the "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).
8        A review of the Court's file indicates that Plaintiff's Complaint was filed on
9  August 15, 2006.  Plaintiff filed its consent to magistrate judge jurisdiction on August 22,
10 2006.  It is unknown if a copy of the appropriate consent form electronically transmitted to
11 Plaintiff's counsel on August 15, 2006 by the Clerk's office was served with the Complaint
12 per the written instructions from the Clerk.
13       Accordingly,
14       **IT IS ORDERED** that Plaintiff shall serve upon potential Claimants the
15 appropriate consent form provided at the time of the filing of its Complaint  at the time of
16 service of its Complaint upon potential Claimants.
17       **IT IS FURTHER ORDERED** that Claimants, and each of them,  shall either
18 consent to magistrate judge jurisdiction or elect to proceed before a district judge within
19 twenty (20) days of each Claimant's formal appearance herein.
20       **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented,
21 shall hereinafter comply with the Rules of Practice for the United States District Court for
22 the District of Arizona, as amended on December 1, 2005.  The District's Rules of Practice
23 may be found on the District Court's internet web page at www.azd.uscourts.gov/.
24 All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro
25
26 / / /
27 / / /
28

- 2 -

1  se does not discharge this party's duties to "abide by the rules of the court in which he
2  litigates." Carter v. Commissioner of Internal Revenue, 784 F.2d 1006, 1008 (9th Cir. 1986).
3  DATED this 25th day of August, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge