**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>$15,000 IN U.S. CURRENCY,<br><br>            Defendant. | Case No.: CV-06-1983-PHX-LOA<br><br>**ORDER ALLOWING EXTENSTION OF TIME** |

Upon request of the Defendant's Attorney (docket #11), supported by good cause,

**IT IS HEREBY ORDERED** that an extension of time for one week to file the Statement of Interest or Right and Answer is granted.

**DATED this 18th day of September, 2006.**

_____
Lawrence O. Anderson
United States Magistrate Judge