**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,            )<br>                                                     )<br>            Plaintiff,                        )<br>                                                     )<br>vs.                                              )<br>                                                     )<br>$15,000 in U. S. Currency,            )<br>                                                     )<br>            Defendant,                     )<br>                                                     )<br>Re: The interest of Mike Ward,     )<br>                                                     )<br>            Claimant.                       )<br>_____)  | No. CV-06-1983-PHX-LOA<br><br>**NOTICE OF ASSIGNMENT<br> AND ORDER** |

          Pursuant to Local Rule 3.8(a), LRCiv, Rules of Practice, effective December 1, 2005, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

          As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge. To either consent to the assigned magistrate judge or to elect to have the case heard before a U.S. district judge, the appropriate section of the form, entitled Consent To Exercise Of

Jurisdiction By United States Magistrate Judge[1], must be completed and signed. The party filing the case or removing it to this Court is responsible for serving all parties with the consent forms. Each party must file a completed consent form and certificate of service with the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy by mail or hand delivery upon all parties of record in the case.

Any party is free to withhold consent to magistrate judge jurisdiction without adverse consequences. 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; Anderson v. Woodcreek Venture Ltd., 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is the "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).

A review of the Court's file indicates that Plaintiff has consented to magistrate judge jurisdiction and an Answer was filed by Claimant Mike Ward on September 19, 2006 (docket #13).

It is unknown if a copy of the appropriate consent form, electronically provided to Plaintiff by the Clerk at the time the Complaint was filed, was served with the Complaint and Summons upon the Claimant per the written instructions from the Clerk and pursuant to the Court's Notice of Assignment and Order issued to Plaintiff on August 25, 2006 (docket #9).

**IT IS ORDERED** that Claimant Mike Ward shall execute and file within 20 days of the date of this Order either a written consent to the exercise of authority by the magistrate judge or a written election to have the case reassigned to a United States district judge.

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the page and then click on and print the appropriate form.

1   **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented,
2   shall hereinafter comply with the Rules of Practice for the United States District Court for
3   the District of Arizona, as amended on December 1, 2005.  The District's Rules of Practice
4   may be found on the District Court's internet web page at www.azd.uscourts.gov/.
5   All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro
6   se does not discharge this party's duties to "abide by the rules of the court in which he
7   litigates." Carter v. Commissioner of Internal Revenue, 784 F.2d 1006, 1008 (9th Cir. 1986).
8   DATED this 4th day of Octobe,r 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge